IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EVA WINN, | § | |
| | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | Case No. 3:21-CV-00680-SPM |
| | § | |
| TORIN, INC., TORIN JACKS, INC. | § | |
| C.R. BROPHY MACHINE WORKS, INC., | § | |
| | § | |
|     Defendants | § | |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS
TORIN, INC. AND TORIN JACKS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff EVA WINN and Defendants TORIN, INC. and TORIN JACKS, INC. hereby notify the Court that they have resolved this matter and stipulate to its dismissal, with prejudice.

Date: October 6, 2021                                       Respectfully submitted,

                                                                                         */s/ Damon Mathias*
                                                                                        Damon Mathias
                                                                                       Mathias Raphael PLLC
                                                                                       IL ARDC #631558
                                                                                       Chicago, Illinois 60622
                                                                                       Telephone: 312-738-5323
                                                                                       Facsimile: 214-739-0151
                                                                                       Email: damon@mrlaw.co

                                                                                       COUNSEL FOR PLAINTIFF

Date: October 6, 2021                                       Respectfully submitted,

                                                                                       */s/ Nicholas J. Parolisi, Jr.*
                                                                                      Nicholas J. Parolisi, Jr. (#6201759)
                                                                                      Lori A. Schmidt (#6227118)
                                                                                      LITCHFIELD CAVO LLP

>303 West Madison Street, Suite 300
>Chicago, IL 60606
>Phone: (312) 781-6665
>Fax: (312) 781-6630
>Email: Parolisi@litchfieldcavo.com
>Email: schmidt@litchfieldcavo.com
>
>ATTORNEY FOR DEFENDANTS TORIN, INC. AND TORIN JACKS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, I electronically filed the foregoing STIPULATION OF DISMISSAL AS TO DEFENDANTS TORIN, INC. AND TORIN JACKS, INC. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Clerk of the Court by using the CM/ECF system, which sent notice of such filing to all parties.

>*/s/Damon Mathias*
>Damon Mathias